**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, a Wyoming limited liability company, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:16-cv-00126-JRG-RSP |
| LINDA BUTCHER, an individual; et al., | § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court is Motion of Plaintiff's Counsel to Withdraw. (Dkt. No. 4.) The Court finds that the Motion (Dkt. No. 4) should be set for hearing on **May 13, 2016** at **9:00 a.m.** The Court **ORDERS** the following persons to appear at the hearing: counsel for Associated Recovery, LLC and an appropriate corporate officer of Associated Recovery.

**SIGNED this 12th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE