# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC. § § § | |
| v. § § | Case No.: 2:16-cv-00126-JRG-RSP |
| § § | |
| LINDA BUTCHER, et al. § | |

## NOTICE OF APPEARANCE

Notice is hereby given that Luiz Felipe Oliveira of LEVY & GRANDINETTI enters his appearance on behalf of Plaintiff Associated Recovery, LLC in this matter as lead counsel.

Luiz Felipe Oliveira may receive all communications from the Court and from other parties at LEVY & GRANDINETTI, 1120 Connecticut Avenue, N.W., Suite 304, Washington, D.C. 20036, Telephone No.: (202) 429-4560; email: loliveira@dnlzito.com.

Dated: April 15, 2016                                              Respectfully submitted,

                                                                                    /s/Luiz Felipe Oliveira
                                                                                    Luiz Felipe Oliveira (Reg. No. 5349923)
                                                                                    LEVY & GRANDINETTI
                                                                                    1120 Connecticut Avenue, N.W., Suite 304
                                                                                    Washington, DC 20036
                                                                                    (202) 429-4560
                                                                                    loliveira@dnlzito.com

                                                                                    *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of April, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                                    /s/Luiz Felipe Oliveira
                                                                                    Luiz Felipe Oliveira