UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, a Wyoming limited liability company; | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2:16-cv-126-JRG-RSP |
| v. | )<br>) |
| LINDA BUTCHER, an individual; et al. | )<br>) |
| Defendants. | )<br>) |

**ORDER EXTENDING TIME FOR SERVICE**

The Court having considered the motion by Plaintiff to extend the time for service, hereby rules as follows:

It is ORDERED that the time for service under Fed. R. Civ. P. 4(m) is extended until June 22, 2016.

**SIGNED this 18th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE