## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## Marshall Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, a Wyoming limited liability company; | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2:16-CV-00126 |
| v. | )<br>) Judge Rodney Gilstrap |
| LINDA BUTCHER, an individual; et al. | ) |
| Defendants. | )<br>)<br>) |

### CONSENT MOTION TO SUBSTITUTE COUNSEL AND VACATE HEARING

Plaintiff Associated Recovery, LLC ("Associated Recovery") respectfully moves the Court to enter the attached proposed order substituting Plaintiff's counsel and vacating the hearing currently scheduled on the Motion to Withdraw of Plaintiff's counsel [Dkt. No. 4] for May 13, 2016.

As cause for this motion, Plaintiff submits that the hearing on Plaintiff's counsel's Motion to Withdraw is no longer necessary as Plaintiff Associated Recovery now consents to the withdraw of Plaintiff's former counsel.[1]  *See* Declaration of Travis Brown ("Brown Decl.") attached hereto as **Exhibit A** ¶ 3.  Plaintiff has found and retained substitute counsel who has appeared in the present case [Dkt. No 7].  This motion does not delay the litigation nor change any dates currently in place.  A proposed order granting this motion is attached hereto as **Exhibit A**.

---

[1] Michael Halla, Steven Rinehart, The Halla Law Firm, PLLC, and Vested Law, PC.

Respectfully submitted this the 10th day of May 2016.

By: /michael halla/
Michael B. Halla
THE HALLA LAW FIRM, PLLC
Texas Bar No. 24010082
18383 Preston Rd.
Suite 110
Dallas, Texas 75252
Tel: (214) 473-5551
Fax: (972) 805-0929
mhalla@hallalawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this  10th  day of May, 2016, a true and correct copy of the foregoing CONSENT MOTION TO SUBSTITUTE COUNSEL AND VACATE HEARING was served by the following method(s) on the person(s) indicated below:

| | |
|---|---|
| All parties having appeared in the case. | _____ US Mail, Postage Prepaid <br> _____ Facsimile <br> _____ Hand-Delivery <br> _____ Federal Express <br> __X__ Electronically (ECF/PACER) |

/michael halla/

Michael Halla