UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, a Wyoming limited liability company; | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2:16-CV-00126 |
| v. | )<br>) Judge Rodney Gilstrap |
| LINDA BUTCHER, an individual; et al. | )<br>) |
| Defendants. | ) |

## DECLARATION OF TRAVIS BROWN

I, Travis Brown, state as follows:

1. I am the manager of Associated Recovery, LLC ("Associated Recovery") and have authority to act and speak for the Plaintiff in this matter.

2. Plaintiff is aware of the hearing scheduled for May 13, 2016 on Plaintiff's counsel's Motion to Withdraw, which someone with authority for Plaintiff is required to attend.

3. Although Plaintiff did originally want its counsel to withdraw, Plaintiff has since found substitute counsel who has appeared in the case, and Plaintiff no longer objects to the Motion to Withdraw.

4. Plaintiff requests the hearing on the Motion to Withdraw be vacated and the Motion to Withdraw be granted.

So sayeth the declarant under penalty of perjury in the United States on this the 10th day of May 2016.

_____

Travis Brown

## **CERTIFICATE OF SERVICE**

I hereby certify that on this  10th  day of May, 2016, a true and correct copy of the foregoing CONSENT MOTION TO SUBSTITUTE COUNSEL AND VACATE HEARING was served by the following method(s) on the person(s) indicated below:

| | |
|---|---|
| All parties having appeared in the case. | _____  US Mail, Postage Prepaid <br><br> _____  Facsimile <br><br> _____  Hand-Delivery <br><br> _____  Federal Express <br><br>   X    Electronically (ECF/PACER) |

/michael halla/

Michael Halla