**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**Marshall Division**

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, a Wyoming limited liability company; <br><br> Plaintiff, <br> v. <br><br> LINDA BUTCHER, an individual; et al. <br><br> Defendants. | Case No.: 2:16-CV-00126 <br><br> Judge Rodney Gilstrap |

## ORDER APPROVING WITHDRAW OF PLAINTIFF'S COUNSEL AND VACATING HEARING

The Court having considered the motion by Plaintiff to substitute counsel and vacate the hearing on Plaintiff's counsel's Motion to Withdraw, and all materials submitted in support thereof, hereby rules as follows:

IT IS HEREBY ORDERED that:

(1) Plaintiff's counsel's Motion to Withdraw [Dkt. No. 4] is granted. Michael Halla, Steven Rinehart and their respective law firms ("Plaintiff's Former Counsel") are relieved as Plaintiff's attorneys of record and of further responsibilities in this matter.

(2) Substitution of Plaintiff's Former Counsel by counsel appearing for Plaintiff on April 15, 2016 [Dkt. No. 7] in this matter is approved. Luiz Felipe Oliveira is substituted for Plaintiff's Former Counsel as lead counsel.

(3) The hearing scheduled for May 13, 2016 on Plaintiff's Former Counsel's Motion to Withdraw is cancelled.

**SIGNED this 12th day of May, 2016.**

_/s/ Roy S. Payne_
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE