**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**Marshall Division**

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 2:16-cv-00126-JRG-RSP |
| LINDA BUTCHER *et al.*, | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER**

The Court, having considered the motion by the Plaintiff to extend the time for service, rules as follows:

    (1) The time for service is extended by fourteen (14) days;

    (2) Associated Recovery can serve by e-mail or through the Secretary of State on any U.S. Defendants who cannot be personally served by a process server; and

    (3) Associated Recovery can serve by e-mail and air mail any non-U.S. Defendants.

IT IS SO ORDERED.