UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>LINDA BUTCHER *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 2:16-cv-00126-JRG-RSP |

## ORDER

The Court, having considered the motion by the Plaintiff to extend the time for service, ORDERS that the time for service is extended by thirty (30) days.

Associated Recovery also moves for leave to "serve by e-mail or through the Secretary of State on any U.S. Defendants who cannot be personally served by a process server" and to "serve by e-mail and air mail any non-U.S. Defendants."

Associated Recovery's Motion does not provide sufficient information to determine whether the contemplated methods of service comply with Fed. R. Civ. P. 4. Associated Recovery may serve a Defendant by any method authorized by the Federal Rules. To the extent Associated Recovery seeks leave to serve by a method not authorized by the Federal Rules, Associated Recovery has provided no authority supporting its requested relief and any such request is therefore DENIED.

**SIGNED this 22nd day of June, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE