UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party you are representing:

Is this the first application for extension of time in this case?        Yes

                                                                                                                                                                                               No

        If no, please indicate which application this represents:        Second

                                                                                                                                                                                            Third

                                                                                                                                                                                           Other _____

Date of Service of Summons:

Number of days requested:        30 days

                                          15 days

                                          Other \_\_\_\_\_ days

New Deadline Date:        *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

    Full Name:

    State Bar No.:

    Firm Name:

    Address:

    Phone:

    Fax:

    Email:

A certificate of conference does not need to be filed with this unopposed application.