UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:16-cv-126

Name of party requesting extension: PriveCo, Inc.

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 6/20/2016

Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 8/10/2016   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Debby Gunter
State Bar No.: 24012752
Firm Name: Findlay Craft, P.C.
Address: 102 N. College Ave.
Suite 900
Tyler, TX 75703
Phone: 903/534-1100
Fax:   903/534-1137
Email: dgunter@findlaycraft.com

A certificate of conference does not need to be filed with this unopposed application.