**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| | § | |
| | § | |
| ASSOCIATED RECOVERY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:16-cv-126-JRG |
| | § | |
| LINDA BUTCHER, et. al., | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR**
**DEFENDANT VIRTUAL INVESTMENTS, LLC**

Defendant Virtual Investments, LLC ("VI") respectfully requests that all Jones Day attorneys of record in this matter, including Hilda C. Galvan, be permitted to withdraw as counsel of record for VI in this matter.  On July 29, 2016, attorneys from the firm of Dentons US, LLP filed their notices of appearance on behalf of VI and thus no prejudice to the parties or delay in the Court's schedule should result as a consequence of permitting all Jones Day attorneys to withdraw as counsel of record at this time.

Dated: August 2, 2016                    Respectfully submitted,

                                         /s/ Hilda C. Galvan
                                         Hilda C. Galvan
                                         Lead Attorney
                                         State Bar No. 00787512
                                         hcgalvan@jonesday.com
                                         JONES DAY
                                         2727 North Harwood Street
                                         Dallas, Texas 75201
                                         Telephone: (214) 220-3939
                                         Facsimile: (214) 969-5100

                                         ATTORNEYS FOR DEFENDANT
                                         VIRTUAL INVESTMENTS, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(d) on August 2, 2016.

                                         /s/ Hilda C. Galvan

NAI-1501748741v1