# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### Marshall Division

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-00126-JRG-RSP |
| | ) | |
| LINDA BUTCHER *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT LOOKOUT, INC'S MOTION TO DISMISS UNDER R12(b)

Defendant Lookout, Inc. ("Lookout") filed a Motion to Dismiss Under R12(b) on August 5, 2016.  Dkt. 66.  The current deadline for the Plaintiff's response to this motion is Monday, August 22, 2016.  The Plaintiff respectfully requests a brief extension up to and including Wednesday, August 24, 2016, to file its response.  A recent two-day power outage, due to a mechanical failure of a nearby transformer, severely impeded the ability to prepare the Plaintiff's response.  Accordingly, the Plaintiff respectfully requests that the Court extend the deadline for the Plaintiff's response to August 24, 2016.   This request is not meant for delay.  The Court has not set a schedule for this matter yet, nor have all of the defendants appeared.  The Plaintiff conferred with Lookout on this motion, and Look out does not oppose the requested extension

Dated: August 19, 2016

Respectfully submitted,

 /s/  Luiz Felipe Oliveira
Luiz Felipe Oliveira  (Reg. No. 5349923)
Paul Grandinetti
Rebecca J. Stempien Coyle
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

**Attorneys for the Plaintiff**

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 19, 2016, counsel for the Plaintiff corresponded by email

with counsel for Defendant Lookout, Inc. regarding the foregoing motion.  Defendant Lookout,

Inc. does **not** oppose the motion or requested extension.

 /s/  Luiz Felipe Oliveira
Luiz Felipe Oliveira  (Reg. No. 5349923)

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016, I caused the foregoing document to be served on

counsel of record via the Court's CM/ECF System.

 /s/  Luiz Felipe Oliveira
Luiz Felipe Oliveira  (Reg. No. 5349923)