UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
**Marshall Division**

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 2:16-cv-00126-JRG-RSP |
| | ) |
| LINDA BUTCHER *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT STEVE PARMA**

Comes now the Plaintiff Associated Recovery, LLC ("Plaintiff"), by its counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) files this voluntary dismissal without prejudice as to Defendant Steve Parma ("Parma"), who is an individual having a current address of 808 Fielding Road, Sidney, Ohio 45365, stating as follows:

1. Plaintiff filed a lawsuit in the United States District Court for the Eastern District of Texas, No. 2:16-cv-00126-JRG-RSP, seeking to recover several domain names. Defendant Parma is one of the defendants in this case.

2. The Amended Complaint in this case (Dkt. 15) identifies Defendant Parma as being an individual with an address of 2409 Becker Court, Modesto, California 95358. The Plaintiff notes that the identification of Defendant Parma's current address is as identified above.

3. Defendant Parma has not served either an answer, a motion for summary judgment, or another response in this case.

4. The Plaintiff and Defendant Parma have entered into a settlement agreement which resolves the differences with respect to all matters in dispute before this Court, and each party stipulates to this dismissal without prejudice.

5. Each Party will bear its own attorney's fees and costs in this case.

Based on the above, the Plaintiff hereby voluntarily dismisses this action pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) without prejudice as to Defendant Parma.

Date:  August 29, 2016　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/  Luiz Felipe Oliveira
　　　　　　　　　　　　　　　　　　　　　　　Luiz Felipe Oliveira  (Reg. No. 5349923)
　　　　　　　　　　　　　　　　　　　　　　　Paul Grandinetti
　　　　　　　　　　　　　　　　　　　　　　　Rebecca J. Stempien Coyle
　　　　　　　　　　　　　　　　　　　　　　　LEVY & GRANDINETTI
　　　　　　　　　　　　　　　　　　　　　　　1120 Connecticut Avenue, N.W., Suite 304
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　Telephone (202) 429-4560
　　　　　　　　　　　　　　　　　　　　　　　Facsimile (202) 429-4564
　　　　　　　　　　　　　　　　　　　　　　　mail@levygrandinetti.com

**Attorneys for the Plaintiff**