**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY, LLC** | § § § | |
| Plaintiff, | § § | Civil Action No. 2:16-cv-126-JRG-RSP |
| v. | § § | |
| **BUTCHER, ET AL** | § § | |
| Defendants. | § § § | |

**DEFENDANT EA'S JOINDER IN MOTION TO
DISMISS OR, IN THE ALTERNATIVE, TRANSFER**

Defendant Electronic Arts Inc. ("EA"), files this Motion, respectfully moving the Court to dismiss with prejudice Plaintiff's Amended Complaint under Rule 12(b) or, in the alternative, transfer this case to the Northern District of Texas for the reasons set forth in the Motion of Defendants (Dkt. No. 94). EA agrees with and incorporates by reference the factual and legal arguments in that Motion of Defendants (Dkt. No. 94).

Dated:  September 15, 2016

Respectfully submitted,

 */s/ Bobby Lamb*
Bobby Lamb
TX State Bar No. 24080997
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
Email: wrlamb@gillamsmithlaw.com

*Attorney for Defendant
Electronic Arts Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), on this the 15th day of September, 2016.

                                                        */s/ Bobby Lamb*
                                                        Bobby Lamb