IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ASSOCIATED RECOVERY, LLC,** | |
| Plaintiff, | No. 2:16-cv-126-JRG-RSP |
| v. | |
| **LINDA BUTCHER *ET AL.*,** | |
| Defendants. | |

### SLICE TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Slice Technologies, Inc. hereby discloses the following pursuant to Federal Rule of Civil Procedure 7.1:

Slice Technologies, Inc. is a wholly owned subsidiary of Rakuten, Inc., a publicly-traded Japanese corporation (Tokyo Stock Exchange, TYO: 4755).

Dated:  September 19, 2016                              Respectfully Submitted,

                                                       */s/ Joel C. Boehm*
                                                       Joel C. Boehm
                                                       Texas State Bar No. 24069393
                                                       WILSON SONSINI GOODRICH & ROSATI
                                                       900 S. Capital of Texas Hwy
                                                       Las Cimas IV, Fifth Floor
                                                       Austin, TX  78746
                                                       Telephone:  (512) 338-5400
                                                       Facsimile:  (512) 338-5499
                                                       Email:  jboehm@wsgr.com

                                                       **ATTORNEYS FOR DEFENDANT SLICE TECHNOLOGIES, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 19, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Joel C. Boehm*
Joel C. Boehm