IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ASSOCIATED RECOVERY, LLC,**<br><br>             Plaintiff,<br><br>      v.<br><br>**LINDA BUTCHER *ET AL.*,**<br><br>             Defendants. | No. 2:16-cv-126-JRG-RSP |

# DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED REPLY IN SUPPORT OF MOTION TO DISMISS (DKT. 94)

Defendants Quinn Veysey; Priveco, Inc.; Virtual Investments, LLC; Telepathy, Inc.; Strong, Inc.; Adam Strong; Creation Media, LLC; Unicorn Ranch, LLC (in lieu of Onig, LLC); True Magic, LLC; CBRE Group, Inc.; Power Home Technologies, LLC; State Farm Mutual Automobile Insurance Company; Tumult, Inc.; Radical Investments Management, LLC; and Slice Technologies, Inc. (collectively, "Defendants"), respectfully request an additional seven days, until and including October 6, 2016, to file their consolidated reply in support of their consolidated motion to dismiss (Dkt. 94).

The Court previously approved, with Plaintiff's consent, a single deadline for the fifteen Defendants listed above to respond to Plaintiff's operative complaint. Dkt. 71. Defendants thereafter filed a consolidated motion to dismiss, or in the alternative transfer. Dkt. 94.[1] Plaintiff filed its opposition on Monday, September 19. Dkt. 102. Reply briefing is presently due Thursday, September 29.

---

[1] Defendant Electronic Arts Inc. subsequently joined Defendants' consolidated motion. Dkt. 99.

  Defendants request this extension so that each listed Defendant and its counsel together have sufficient time to further coordinate a consolidated reply.  This will reduce the time needed to review and decide the issues addressed therein, and reduce Plaintiff's briefing burden.  Plaintiff has agreed to this extension.

  Defendants therefore request an extension of seven days.  Defendants seek this extension of time not for delay but for good cause and so that justice may be served.

  A proposed Order accompanies this Unopposed Motion.

Dated:  September 23, 2016    Respectfully submitted,

    By: */s/ Joel C. Boehm*
     Joel Christian Boehm
     WILSON SONSINI GOODRICH & ROSATI
     900 South Capital of Texas Hwy
     Las Cimas IV, Fifth Floor
     Austin, TX 78746-5546
     T:  (512) 338-5400
     jboehm@wsgr.com
     *Counsel for Slice Technologies, Inc.*

    By: */s/ Steven M. Geiszler*
     Steven M. Geiszler
     Texas Bar No. 24032227
     DENTONS US LLP
     2000 McKinney Avenue, Suite 1900
     Dallas, Texas 75201-1858
     T: (214) 259-0951
     steven.geiszler@dentons.com
     *Counsel for Creation Media, LLC; Unicorn Ranch, LLC (successor to Onig, LLC); Adam Strong; Strong, Inc.; True Magic, LLC; and Virtual Investments, LLC*

    By: */s/ Bobby Lamb*
     Bobby Lamb
     GILLAM & SMITH
     303 S. Washington Avenue
     Marshall, Texas  75670
     T: (903) 934-8450
     wrlamb@gillamsmithlaw.com
     *Counsel for Power Home Technologies, LLC*

By: */s/ M. Scott Fuller*
   Michael Scott Fuller
   LOCKE LORD LLP
   2200 Ross Avenue, Suite 2800
   Dallas, TX 75201
   T: (214) 740-8000
   sfuller@lockelord.com
   *Counsel for CBRE Group, Inc.*

By: */s/ Brian H. Pandya*
   Brian H. Pandya
   WILEY REIN LLP
   1776 K Street NW
   Washington, DC 20006
   T: (202) 719-7457
   bpandya@wileyrein.com
   *Counsel for Telepathy, Inc.*

By: */s/ R. William Beard, Jr.*
   R. William Beard, Jr.
   SLAYDEN GRUBERT BEARD PLLC
   401 Congress Avenue, Suite 1900
   Austin, Texas 78701
   T: (512) 402-3556
   wbeard@sgbfirm.com
   *Counsel for State Farm Mutual Automobile Insurance Company*

By: */s/ Franklin M. Smith*
   Franklin M. Smith
   DICKINSON WRIGHT PLLC
   2600 W. Big Beaver Rd., Suite 300
   Troy, Michigan 48084
   T: (248) 433-7393
   fsmith@dickinsonwright.com
   *Counsel for Priveco, Inc.*

By: */s/ Jennifer P. Ainsworth*
   Jennifer P. Ainsworth
   WILSON, ROBERTSON & CORNELIUS, P.C.
   909 ESE Loop 323, Suite 400
   Tyler, Texas 75701
   (903) 509-5000 Main
   (903) 509-5092 Fax
   jainsworth@wilsonlawfirm.com
   *Counsel for Tumult, Inc.*

> By: */s/ Darin M. Klemchuk*
> Darin Michael Klemhuck
> KLEMCHUK LLP
> Campbell Centre II
> 8150 North Central Expressway, 10th Floor
> Dallas, Texas  75206
> T:  (214) 367-6000
> darin.klemchuk@klemchuk.com
> *Counsel for Radical Investments Management, LLC*
>
> By: */s/ Mark Levine*
> Mark Levine
> WEYCER, KAPLAN, PULASKI & ZUBER P.C.
> 11 Greenway Plaza, Suite 1400
> Houston, Texas  77046
> T:  (713) 961-9045
> mlevine@wkpz.com
> *Counsel for Quinn Veysey*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed.

> */s/: Joel C. Boehm*
> Joel C. Boehm

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 23, 2016.

> */s/: Joel C. Boehm*
> Joel C. Boehm