UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, <br><br>   *Plaintiff*, <br><br> v. <br><br> LINDA BUTCHER *et al.*, <br><br>   *Defendants*. | Case No. 2:16-cv-00126-JRG-RSP |

**PLAINTIFF'S RESPONSE TO DEFENDANT EA'S JOINDER IN
MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

Plaintiff Associated Recovery, LLC ("Associated Recovery") responds Defendant Electronic Arts, Inc.'s Motion to Dismiss or, in the Alternative to Transfer Venue. (Dkt. 99.) Therein, Defendant EA merely joins in the Consolidated Motion to Dismiss filed by multiple other Defendants at Docket Number 94 ("Consolidated Motion"). In opposition to Defendant EA's Motion, Plaintiff hereby adopts and incorporates its response opposing the Consolidated Motion. (Dkt. 102.) Wherefore, for the reasons stated in Plaintiff's response opposing the Consolidated Motion, Plaintiff respectfully requests that Defendant EA's Motion be denied in its entirety.

Date: September 26, 2016                                         Respectfully submitted,

  /s/  Luiz Felipe Oliveira
Luiz Felipe Oliveira  (Reg. No. 5349923)
Paul Grandinetti
Rebecca J. Stempien Coyle
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

**Attorneys for the Plaintiff**

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2016, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  Pursuant to Local Rule CV-5, this constitutes service on the following counsel:

| | |
|---|---|
| Jason Richerson<br>Richerson Law Firm<br>306 East Randol Mill, Suite 160<br>Arlington, TX 76011<br>Telephone (214) 935-1439<br>Facsimile (214) 935-1443<br>info@richersonlawfirm.com | James Mark Mann<br>Mann Tindel & Thompson<br>300 W. Main<br>Henderson, TX 75652<br>Telephone (903) 657-8540<br>Facsimile (903) 657-6003<br>mark@themannfirm.com |
| Jennifer Lee Taylor<br>Morrison & Forester LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone (415) 268-7000<br>Facsimile (415) 268-7522<br>jtaylor@mofo.com | Joel Christian Boehm<br>Wilson Sonsini Goodrich & Rosati Austin<br>900 South Capital of Texas Highway<br>Las Cimas IV<br>Fifth Floor<br>Austin, TX 78746-5546<br>Telephone (512) 338-5400<br>Facsimile (512) 338-5499<br>jboehm@wsgr.com |
| Darin Michael Klemchuk<br>Aaron Douglas Davidson<br>Corey Jennifer Weinstein<br>Klemchuk LLP Dallas<br>Campbell Centre II<br>8150 North Central Expressway<br>10th Floor<br>Dallas, TX 75206<br>Telephone (214) 367-6000<br>Facsimile (214) 367-6001<br>darin.klemchuk@klemchuk.com<br>aaron.davidson@klemchuk.com<br>corey.weinstein@klemchuk.com | R William Beard, Jr.<br>Slayden Grubert Beard PLLC<br>401 Congress Avenue, Ste. 1900<br>Austin, TX 78701<br>Telephone (512) 402-3556<br>Facsimile (512) 402-6865<br>wbeard@sgbfirm.com<br><br>Steven M. Geiszler<br>Dentons US LLP<br>2000 McKinney Avenue, Ste 1900<br>Dallas, TX 75201-1858<br>Telephone (214) 259-091<br>Facsimile (214) 259-0910<br>steven.geiszler@dentons.com |

Debra Elaine Gunter
Findlay Craft PC
102 N College Avenue
Suite 900
Tyler, TX 75702
Telephone (903) 534-1100
Facsimile (903) 534-1137
dgunter@findlaycraft.com

Jennifer Parker Ainsworth
Wilson Robertson & Cornelius PC
909 ESE Loop 323
Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
Telephone (903) 509-5000
Facsimile (903) 509-5092
jainsworth@wilsonlawfirm.com

Mark Jeffrey Levine
Weycer Kaplan Pulaski & Zuber
Eleven Greenway Plaza, Suite 1400
Houston, TX 77046-1104
Telephone (713) 961-9045
Facsimile (713) 961-5341
mlevine@wkpz.com

Michael Edward Hassett
Jones Hassett PC
440 North Center
Arlington, TX 76011
Telephone (817) 265-0440
Facsimile (817) 265-1440
mhassett@joneshassett.com

Brian H Pandya
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Telephone (202) 719-7457
Facsimile (202) 719-7049
bpandya@wileyrein.com

Barry M Golden
Goldfarb LLP
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201
Telephone (214) 583-2233
Facsimile (214) 583-2234
bgolden@goldfarbpllc.com

William Robert Lamb
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone (90) 934-8450
Facsimile (903) 934-9257
wrlamb@gillamsmithlaw.com

    /s/  Luiz Felipe Oliveira
Luiz Felipe Oliveira  (Reg. No. 5349923)