# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ASSOCIATED RECOVERY, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:16-cv-126-JRG-RSP |
| § | |
| **LINDA BUTCHER, et. al.,** § | |
| § | |
| Defendants. § | |
| § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, Brian Casper, of the law firm of Cantey Hanger LLP, is appearing as lead counsel for Defendant, Alansis.com, Inc.

Respectfully submitted,

/s/ Brian Casper
Brian Casper
TBN 24075563
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, TX 75201
(214) 978-4132
(214) 978-4150 Facsimile
bcasper@canteyhanger.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2016, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Brian Casper
Brian Casper