IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**ASSOCIATED RECOVERY, LLC,**

    Plaintiff,

v.

**LINDA BUTCHER *ET AL.*,**

    Defendants.

**No. 2:16-cv-126-JRG-RSP**

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that the following attorney is admitted to this Court and hereby enters his appearance in this matter as counsel of record for Defendants Adam Strong; Strong, Inc.; Creation Media, LLC; Media Options, Inc.; Unicorn Ranch LLC (in lieu of ONIG, LLC); True Magic, LLC; and, Virtual Investments, LLC. Counsel consents to electronic service of all papers in this action.

    Adam Pierson
    Texas Bar No. 24074897
    DENTONS US LLP
    2000 McKinney Avenue, Suite 1900
    Dallas, Texas 75201-1858
    Telephone: (214) 259-0915
    Facsimile: (214) 259-0910
    adam.pierson@dentons.com

Dated: October 19, 2016

Respectfully submitted

By: */s/ Adam Pierson*

Steven M. Geiszler
Texas Bar No. 24032227
Adam Pierson
Texas Bar No. 24074897
DENTONS US LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
T: (214) 259-0900
F: (214) 259-0910
steven.geiszler@dentons.com
adam.pierson@dentons.com

*Counsel for Defendants Adam Strong; Strong, Inc.; Creation Media, LLC; Media Options, Inc.; Unicorn Ranch LLC; True Magic, LLC; and, Virtual Investments, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

*/s/ Adam Pierson*
Adam Pierson