IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ASSOCIATED RECOVERY, LLC,** | |
| Plaintiff, | No. 2:16-cv-126-JRG-RSP |
| v. | |
| **LINDA BUTCHER *ET AL.*,** | |
| Defendants. | |

### MOTION TO WITHDRAW STEVEN M. GEISZLER
### AS COUNSEL FOR DEFENDANTS

Defendants Adam Strong; Strong, Inc.; Creation Media, LLC; Media Options, Inc.; Unicorn Ranch LLC (in lieu of ONIG, LLC); True Magic, LLC; and, Virtual Investments, LLC respectfully request that the Court permit Steven M. Geiszler to withdraw as counsel of record for Defendants pursuant to L.R. CV-11(c).  Mr. Geiszler has resigned his position at Dentons US LLP and no longer represents Defendants.  Dentons will continue to represent Defendants Adam Strong; Strong, Inc.; Creation Media, LLC; Media Options, Inc.; Unicorn Ranch LLC (in lieu of ONIG, LLC); True Magic, LLC; and, Virtual Investments, LLC and counsel has entered an appearance (Dkt. Entry #113).

Defendants' counsel has attempted to confer with Plaintiff's counsel on at least four separate occasions on October 19th and 20th, but Plaintiff's counsel has refused to confirm whether or not they oppose Defendants' motion.

Additionally, Named Defendants request the clerk of the Court remove Steven M. Geiszler's name from the list of persons authorized to receive electronic notices in this case.

WHEREFORE, for all these reasons Defendants respectfully request that the Court grant this motion.

Dated: October 21, 2016 Respectfully submitted

By: */s/ Adam Pierson*

Adam Pierson

Texas Bar No. 24074897
DENTONS US LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
T: (214) 259-0900
F: (214) 259-0910
adam.pierson@dentons.com

*Counsel for Defendants Adam Strong; Strong, Inc.; Creation Media, LLC; Media Options, Inc.; Unicorn Ranch LLC; True Magic, LLC; and, Virtual Investments, LLC.*

## CERTIFICATE OF CONFERENCE

On October 19-20, 2016 the undersigned counsel conferred with Plaintiff's counsel regarding the subject of this Motion. Plaintiff's counsel indicated that Plaintiff did not oppose the relief requested, and when asked to confirm, Plaintiff's counsel has refused to respond or assert any objection to Defendants' motion.

*/s/ Adam Pierson*
Adam Pierson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

*/s/ Adam Pierson*
Adam Pierson